1  Geana M. Van Dessel, WA #35969
   Sarah E. Elsden, WA #51158
2  Jennifer M. Scanlon, WA #62992
   Kutak Rock LLP
3  510 W. Riverside Ave., Suite 800
   Spokane, WA 99201
   Telephone: (509) 747-4040
4  Fax: (509) 747-4545
   geana.vandessel@kutakrock.com
   sarah.elsden@kutakrock.com
5  jennifer.scanlon@kutakrock.com

6  Rebecca R. Thornton, NC #40008
   (*admitted pro hac vice*)
   Justin G. May, NC #47928
7  (*admitted pro hac vice*)
   Michael Best & Friedrich LLP
   4509 Creedmoor Rd., Suite 501
8  Raleigh, NC 27612
   Telephone: (984) 220-8750
   Fax: (877) 398-5240
9  becky.thornton@michaelbest.com
   jgmay@michaelbest.com

10 *Attorneys for Mitra-9 Brands LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Shelah Palmer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mitra-9 Brands LLC,<br><br>Defendant. | No. 2:25-cv-00250-MKD<br><br>Declaration of Todd Allison in Support of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6) |

I, Todd Allison, declare under penalty of perjury as follows:

1. I am over the age of eighteen, competent to be a witness herein, and make this declaration from both my personal knowledge and from my knowledge of

Declaration of Todd Allison in Support of Defendant's
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6) - 1

KUTAK ROCK LLP
Attorneys at Law
510 W. Riverside Ave., Suite 800
Spokane, WA 99201

the books and records of Mitra-9 Brands LLC ("Mitra-9").

2. I am Vice President of Sales for Mitra-9 and am authorized to make this declaration on Mitra-9's behalf.

3. I have read Plaintiff Shelah Palmer's July 14, 2025 Complaint in the above captioned lawsuit and am familiar with its allegations.

4. Mitra-9 is a Florida limited liability company which was first organized on December 18, 2020. Attached to my Declaration at Exhibit A is a true and correct copy of Mitra-9's Articles of Organization, filed December 18, 2020. *See also* https://search.sunbiz.org/Inquiry/CorporationSearch/ConvertTiffToPDF?storagePath=COR%5C2020%5C1228%5C10702301.tif&documentNumber=L20000395362 (last visited Oct. 21, 2025). Mitra-9 designs and manufactures various botanical beverages.

5. Mitra-9 is registered to conduct business in Florida, and maintains its principal place of business in Fort Myers, Florida. Mitra-9 has never been registered to conduct business in Washington.

6. Mitra-9 does not have any employees in Washington, does not lease or own property in Washington, and has never owned or operated any business offices in Washington.

7. In the course of its regularly conducted business, Mitra-9 maintains

Declaration of Todd Allison in Support of Defendant's
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6) - 2

KUTAK ROCK LLP
Attorneys at Law
510 W. Riverside Ave., Suite 800
Spokane, WA 99201

1  business records of all sales specific to customer accounts. These records are made at
2  or near the time of each sale and by a person with knowledge. These records provide
3  Mitra-9 with a history of purchases and shipments made to customers.

4   8.  Relying on Plaintiff's Complaint which identified the parties, I
5  reviewed Mitra-9's business records to determine what, if any, business was
6  conducted in Washington.

7   9.  Mitra-9 has fulfilled direct-to-consumer orders in Washington via its
8  website, but these sales have constituted only a marginal part of its overall business
9  activity.

10  10.  Mitra-9 does not directly solicit customer sales in Washington, and does
11  not actively target the Washington market with advertising, social media, or other
12  forms of marketing.

13  11.  Mitra-9 did not create, control or use a distribution system to send
14  products to Washington, and has not sold products directly to any distributor or
15  wholesaler in Washington at any time since its inception.

16  12.  Mitra-9 has no record of selling a product directly to Plaintiff.

17  13.  Mitra-9 did not have any sales or transactions before December 2020.

18   I declare under penalty of perjury of the laws of the United States that the
19  foregoing is true and correct to the best of my knowledge.

Declaration of Todd Allison in Support of Defendant's
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6) - 3

KUTAK ROCK LLP
Attorneys at Law
510 W. Riverside Ave., Suite 800
Spokane, WA 99201

1  Executed this 21st day of October 2025 in Fort Walton, Florida.

2  _____
   Todd Allison

Declaration of Todd Allison in Support of Defendant's
Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), (6) - 4

KUTAK ROCK LLP
Attorneys at Law
510 W. Riverside Ave., Suite 800
Spokane, WA 99201

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system, and caused the foregoing to be served via electronic mail upon the following persons:

Wright A. Noel
Carson Noel PLLC
wright@carsonnoel.com
*Attorney for Plaintiffs*

Ryan Brooks Martin
Neal J. Deckant
Luke Sironski-White
Bursor & Fisher, P.A.
rmartin@bursor.com
ndeckant@bursor.com
lsironski@bursor.com
*Attorneys for Plaintiffs*

By: *s/ Abigail Evans*
Abigail Evans, Paralegal